COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Appellate case name:     Windwood Presbyterian Church, Inc. v. The Presbyterian Church
(U.S.A.) and Prebytery of New Covenant, Inc.

Appellate case number:     01-10-00861-CV

Trial court case number:  2008-53684

Trial court:                          281ˢᵗ District Court of Harris County

       While a motion for rehearing was pending in this case, the Texas Supreme Court issued an opinion in *Masterson v. The Diocese of Northwest Texas*, No., 11-0332, (Tex. Aug. 30, 2013). The issues in *Masterson* are also raised in the present case.  Thus, this Court requests supplemental briefing on rehearing in light of the *Masterson* opinion.  Appellant's supplemental brief is due 30 days from the date of this order.  Appellees supplemental brief is due 30 days after appellant's brief is due.

       It is so **ORDERED**.


Judge's signature: /s/ Sherry Radack
                ☑  Acting individually      ☐  Acting for the Court


Date: August 30, 2013